# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN TURNER, an individual<br><br>      Plaintiff,<br><br>   vs.<br><br>THE BICYCLE CASINO, L.P., a California limited partnership,<br><br>      Defendants. | Case No.:  2:21-cv-05659-PA-E<br><br>**ORDER RE STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>[Hon. Percy Anderson presiding] |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to the parties' "Stipulation of Voluntary Dismissal with Prejudice," and good cause appearing therefore, IT IS HEREBY ORDERED that the above-captioned action shall be dismissed with prejudice. Each party shall bear his or its own costs and attorney's fees.

IT IS SO ORDERED

Dated: October 27, 2021    _____
                              Percy Anderson
                              United States District Judge